UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATAIN SPECIALITY INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RICHARD SZETELA d/b/a D&D PILOT CAR SERVICES, et al.,<br><br>　　　　　Defendants. | No.  2:14-cv-02991-KJM-KJN<br><br>ORDER |

On March 23, 2016, the court granted Atain Specialty Insurance Company's motion for summary judgment and denied the cross motion by Alterra American Insurance Company. ECF No. 45. The court denied Atain's motion for default judgment with respect to its claims against defendant Richard Szetela, who has not appeared in this action, but allowed that motion to be renoticed before the assigned magistrate judge. *Id.*

Atain did not move for default judgment. Rather, on April 6, 2016, Atain filed a proposed judgment and a bill of costs, which was amended on April 12, 2016. ECF Nos. 48–50. Atain is therefore ORDERED TO SHOW CAUSE within fourteen days, why its claims against

/////

/////

1

1  Mr. Szetela should not be dismissed.  Alternatively, this order to show cause will be discharged if
2  Atain moves for default judgment against Mr. Szetela within fourteen days.
3              IT IS SO ORDERED.
4   DATED: May 16, 2016

_____
UNITED STATES DISTRICT JUDGE

2