UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATAIN Specialty Insurance Company , <br><br>Plaintiff, <br><br>v. <br><br>Richard Szetela d.b.a. D&D Pilot Car Services, <br><br>Defendant. | Case No.  2:14-cv-02991 KJM KJN <br><br><br>**DEFAULT JUDGMENT** |

**IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED again defendant: Richard Szetela d.b.a. D&D Pilot Car Services

August 23, 2016                                   MARIANNE MATHERLY, CLERK

                                                   By: /s/  R. Becknal , Deputy Clerk